UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE BUILDING TRADES
EDUCATIONAL BENEFIT FUND, THE BUILDING
TRADES ANNUITY BENEFIT FUND, BUILDING
TRADES WELFARE BENEFIT FUND and
ELECTRICIAN'S RETIREMENT FUND,

                Plaintiffs,

-against-

BRIDGE ELECTRIC NJ, LLC, JOSEPH VINCI
and MICHAEL BENVENUTO, *Individually*,

                Defendants.
-------------------------------------------------------------X

**ORDER ADOPTING R&R**
20-CV-3376 (DRH) (ARL)

    Presently before the Court is the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated December 17, 2021, recommending that plaintiffs' motion for default judgment be denied with leave to renew. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

    Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the December 17, 2021 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

    IT IS HEREBY ORDERED that plaintiffs' motion for a default judgment against defendants is denied with leave to renew.

Dated: Central Islip, New York            s/ Denis R. Hurley
       January 11, 2022                    Denis R. Hurley
                                                    United States District Judge