UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE BUILDING TRADES EDUCATIONAL BENEFIT FUND, THE BUILDING TRADES ANNUITY BENEFIT FUND, BUILDING TRADES WELFARE BENEFIT FUND and ELECTRICIAN'S RETIREMENT FUND<br><br>Plaintiffs,<br><br>-against-<br><br>BRIDGE ELECTRIC NJ, LLC, JOSEPH VINCI and MICHAEL BENVENUTO Individually,<br><br>Defendants. | Civil Case No.: 20-CV-03376 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) TRUSTEES OF THE BUILDING TRADES EDUCATIONAL BENEFIT FUND, THE BUILDING TRADES ANNUITY BENEFIT FUND, BUILDING TRADES WELFARE BENEFIT FUND and ELECTRICIAN'S RETIREMENT FUND, through their counsels, hereby give notice that the above-captioned action is voluntarily dismissed, against the defendants BRIDGE ELECTRIC NJ, LLC, JOSEPH VINCI and MICHAEL BENVENUTO Individually.

Dated: Hempstead, New York
      November 28, 2022

                                    S/
                                Danielle M. Carney, Esq.
                                BARNES, IACCARINO & SHEPHERD, LLP
                                3 Surrey Lane
                                Hempstead, New York 11550
                                (516) 483-2990